UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA WILSON-ALLEN,

    Plaintiff,

v.                                                                        Case No: 8:17-cv-1823-T-36AAS

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## **O R D E R**

This matter comes before the Court upon Defendant Navient Solutions, LLC's Unopposed Motion to Stay and to Order Arbitration (Doc. 16), filed on November 22, 2017. Pursuant to the terms of an agreement between Defendant and Plaintiff, Defendant seeks to stay these proceedings pending arbitration of the claims asserted by Plaintiff Debra Wilson-Allen against Defendant Navient Solutions, LLC. Plaintiff Debra Wilson-Allen does not oppose the motion. The Court, having considered the motion and being fully advised in the premises, will grant Defendant Navient Solutions, LLC's Unopposed Motion to Stay and to Order Arbitration.

Accordingly, it is hereby

**ORDERED**:

1. Defendant Navient Solutions, LLC's Unopposed Motion to Stay and to Order Arbitration (Doc. 16) is **GRANTED**.

2. The parties are **ORDERED** to arbitrate the claims asserted in this case.

3. This case is **STAYED** pending the arbitration of Plaintiff Debra Wilson-Allen's claims against Defendant Navient Solutions, LLC.

- 2 -

4. The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either of such events.

5. The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

**DONE AND ORDERED** in Tampa, Florida on November 22, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record